**Official Form 5 (10/06)**

| United States Bankruptcy Court<br>_____**District of New Jersey** | **AMENDED   INVOLUNTARY PETITION** |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>G & Y REALTY, LLC,<br>a New Jersey Limited Liability Company | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.):<br>26-3994671 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>9101 KENNEDY BLVD<br>NORTH BERGEN, NJ<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>HUDSON<br><br>ZIP CODE 07047 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>[  ] Chapter 7      [ x ] Chapter 11 ||

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>[  ] Debts are primarily consumer debts<br>[ X ] Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br><br>[  ] Individual (Includes Joint Debtor)<br>[x] Corporation (Includes LLC and LLP)<br>[  ] Partnership<br>[  ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business**<br>(Check **one** box.)<br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[x ] Other |
|---|---|---|

| **VENUE**<br>[x ] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[  ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | **FILING FEE** (Check one box)<br><br>[ x ]  Full Filing Fee attached<br><br>[  ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.  *[If a child support creditor or it representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>**(Check applicable boxes)**<br>1. [x ] Petitioner (s) are eligible to file this petition pursuant to 11 U.S. C. § 303 (b).<br>2. [x ] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a.[ ] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. [ x ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

**Official Form 5 (10/06) – Cont.**          **Name of Debtor  G & Y RALTY, LLC**
                                              Case No._____

| TRANSFER OF CLAIM |
|---|
| [ ] Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_  ___/s/Baris Alkoc_____/<br>Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner  SABIR, INC.    Date Signed  3/28/2014<br><br>Name & Mailing     SABIR, INC.<br>Address of Individual       P O BOX  300,<br>                            LONG BRANCH, NJ 07740         _<br>Signing in Representative<br>Capacity     _PRESIDENT_____ | x___/S/Timothy P. Neumann,_____<br>Signature of Attorney          Date  3/28/2014<br> Timothy P. Neumann, Esq.<br>Name of Attorney Firm (If any)<br>   _Broege, Neumann, Fischer & Shaver, LLC._<br><br>Address  25 Abe Voorhees Drive, Manasquan, NJ 08736<br><br>Telephone No. 732-223-8484  Ext 214 |
| x_/s/ Stephen T. Walz_____/<br> Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner  S.N. WALZ, LLC  Date Signed  3/28/2014<br><br>Name & Mailing      STEPHEN T. WALZ<br>Address of Individual  169 EAST MIDLAND AVE<br>                    PARAMUS, NJ 07652<br>Signing in Representative<br>Capacity    _, MANAGER/MEMBER | x_____/S/Timothy P. Neumann,_____<br>Signature of Attorney                           Date 3/28/2014<br>Timothy P. Neumann, Esq.<br>Name of Attorney Firm (If any)<br>   _Broege, Neumann, Fischer & Shaver, LLC._<br><br>Address  25 Abe Voorhees Drive, Manasquan, NJ 08736<br><br>Telephone No. 732-223-8484  Ext 214 |
| x_/s/Samia Vento _____<br>_____<br>Signature of Petitioner or Representative (State title)<br>_____<br>Name of Petitioner  SAMIA VENTO, LLC   Date Signed 3/28/2014<br><br>Name & Mailing  SAMIA VENTO,<br>Address of Individual      15 SUNRISE  DR, WAYNE, NJ 07470<br>Signing in Representative<br>Capacity    MANAGING  MEMBER | x_____/S/Timothy P. Neumann,  _____<br>Signature of Attorney                          Date 3/28/2014<br>Timothy P. Neumann, Esq.<br>Name of Attorney Firm (If any)<br>   _Broege, Neumann, Fischer & Shaver, LLC._<br><br>Address  25 Abe Voorhees Drive, Manasquan, NJ 08736<br><br>Telephone No. 732-223-8484  Ext 214 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>SABIR, INC.<br>P O BOX 300, LONG BRANCH, NJ | Nature of Claim<br>Goods sold and delivered | Amount of Claim<br>$4,131,632.42 |
| Name and Address of Petitioner<br>S.N. WALZ, LLC<br>169 EAST MIDLAND AVE,<br>PARAMUS, NJ  07652Thank you. | Nature of Claim<br>Rent | Amount of Claim<br>$5,476.00 |
| Name and Address of Petitioner<br>SAMIA VENTO, LLC<br>15 SUNRISE DR, WAYNE, NJ 07470 | Nature of Claim<br>Rent | Amount of Claim<br>$16,870.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims<br>$4,153,978.42 |

_____continuation sheets attached